```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiffs
SHAWN D. PAGE & KRISTIN E. PAGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. PAGE & KRISTIN E. PAGE,<br><br>    Plaintiffs,<br><br>v.<br><br>PERFORMANCE DEBT RESOLUTION;<br>LAW OFFICES OF HERBERT DAVIS;<br>HERBERT DAVIS, ESQ., and DOES 1<br>through 20, inclusive,<br><br>    Defendants. | Case No. CV-12-4029-EDL<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY COURT ON DEFENDANTS HERBERT DAVIS, ESQ. AND LAW OFFICES OF HERBERT DAVIS**<br><br>DATE:  1/22/13<br>TIME:  9:00 AM<br>CRTRM: E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

Plaintiffs SHAWN D. PAGE and KRISTIN E. PAGE hereby apply for a default judgment by this Court against Defendants HERBERT DAVIS, ESQ. and LAW OFFICES OF HERBERT DAVIS as follows:

///

1.   Defendants HERBERT DAVIS, ESQ. and LAW OFFICES OF HERBERT DAVIS have been served with summons and complaint and their default has been entered for failure to appear.  Defendant HERBERT DAVIS, ESQ. is well aware of this action.  After his default was taken, he called to resolve.  I sent him a demand and called him twice.  He has not responded;

2.   Said Defendants' default was entered on October 12, 2012;

3.   Said Defendants are neither a minor nor an incompetent (or, if so, that such person is represented by a general guardian, conservator or other like fiduciary);

4.   Said Defendants are not in military service (so that the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply);

5.   A declaration as to the amount of damages claim to be due is attached; and

6.   Notice of the amount requested has been given to the defaulting party.

DATED:  December 17, 2012      DELTA LAW GROUP

                                        /s/ Jim G. Price

                             BY:_____
                                JIM G. PRICE
                                Attorneys for Plaintiffs
                                SHAWN D. PAGE & KRISTIN E. PAGE