```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiffs
SHAWN D. PAGE & KRISTIN E. PAGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. PAGE & KRISTIN E. PAGE,<br><br>    Plaintiffs,<br><br>v.<br><br>PERFORMANCE DEBT RESOLUTION; LAW OFFICES OF HERBERT DAVIS; HERBERT DAVIS, ESQ., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV-12-4029-EDL<br><br>**DECLARATION OF JIM G. PRICE, ESQ. IN SUPPORT OF DEFAULT JUDGMENT**<br><br>DATE:  1/22/13<br>TIME:  9:00 AM<br>CRTRM: E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

I, JIM G. PRICE, ESQ., declare under penalty of perjury as follows:

1. I have personal knowledge of the foregoing and if called to testify, I could competently testify to the same.

---

DECLARATION OF JIM G. PRICE, ESQ. IN SUPPORT OF DEFAULT JUDGMENT    Page 1

2. I am an attorney with Delta Law Group and represent Plaintiffs in this action.

3. After Defendant HERBERT DAVIS, ESQ. was served, he telephoned our office and said he wanted to resolve this matter. I told him I would get him a demand. I telephoned him back and gave him a demand. He told me he would get back to me, but never did. I tried to reach him by telephone several more times, but my messages went unreturned.

4. Attached to this declaration is a true and accurate copy of a billing statement showing the hours spent in this case and the total amount of fees of $3,780.00 and costs totaling $589.55. My hourly rate is $350.00 per hour.

Executed on December 17, 2012, at Brentwood, California.

/s/ Jim G. Price

_____
JIM G. PRICE

DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA 94513
925-516-4686

DECEMBER 4, 2012

SHAWN & KRISTIN PAGE
2813 ABBEYDALE COURT
BRENTWOOD, CA 94513

In Reference To:   PAGE v. PERFORMANCE DEBT RESOLUTION, et al.

================================================================

## Professional services:

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 07/25/12 | Meeting with clients | 1.00<br>350.00/hr | $ 350.00 |
| 07/25/12 | Review client documents | 1.00<br>350.00/hr | $ 350.00 |
| 07/26/12 | Draft complaint and prepare for filing | 4.00<br>350.00/hr | $1,400.00 |
| 08/09/12 | Prepare consent to proceed before magistrate | 0.30<br>350.00/hr | $ 105.00 |
| 10/09/12 | Prepare application for default; Dec. of Michelle Berlin | 0.50<br>350.00/hr | $ 175.00 |
| 10/23/12 | Prepare case management conference statement | 1.00<br>350.00/hr | $ 350.00 |

OVERDUE ACCOUNTS ARE CHARGED INTEREST AFTER 30 DAYS AT 18% PER ANNUM

| | | | |
|---|---|---|---|
| 10/30/12 | Several telephone conversations with defendant and clients | 1.00<br>350.00/hr | $ 350.00 |
| 11/19/12 | Prepare default paperwork | 2.00<br>350.00/hr | $ 700.00 |
| For professional services rendered: | | 10.80 hours | $3,780.00 |

---

## Costs:

| | | |
|---|---|---|
| 07/30/12 | Filing fee – Complaint | $350.00 |
| 07/30/12 | Federal Express – U.S. District Court | $ 30.55 |
| 08/20/12 | Kern Legal Services – Serve Summons & Complaint (Herbert Davis, Esq.) | $ 74.50 |
| 08/20/12 | Kern Legal Services – Service Summons & Complaint (Law Offices of Herbert Davis) | $ 74.50 |
| 08/24/12 | Cal Process Servers – Attempted service on Performance Debt Resolution | $ 60.00 |
| Total costs: | | $589.55 |

---

| | |
|---|---|
| Previous balance: | $     0.00 |
| Total amount of this bill: | $4,369.55 |
| **Balance Due:** | $4,369.55 |
| | ======== |

OVERDUE ACCOUNTS ARE CHARGED INTEREST AFTER 30 DAYS AT 18% PER ANNUM