```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiffs
SHAWN D. PAGE & KRISTIN E. PAGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. PAGE & KRISTIN E. PAGE,<br><br>      Plaintiffs,<br><br>v.<br><br>PERFORMANCE DEBT RESOLUTION;<br>LAW OFFICES OF HERBERT DAVIS;<br>HERBERT DAVIS, ESQ., and DOES 1<br>through 20, inclusive,<br><br>      Defendants. | Case No. CV-12-4029-EDL<br><br>**DECLARATION OF KRISTIN E. PAGE IN SUPPORT OF DEFAULT JUDGMENT**<br><br>DATE:  1/22/13<br>TIME:  9:00 AM<br>CRTRM: E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

    I, KRISTIN E. PAGE, declare under penalty of perjury as follows:

    1.   I have personal knowledge of the foregoing and if called to testify, I could competently testify to the same.

2. Back in 2011, my husband and I owed a significant amount to creditors and we were looking for a way to resolve our debt problems and stop the creditor harassment. I was reading on the internet and came across the website of Performance Debt Resolution. The website represented that they would become our partners in our financial freedom and that their program would put us on a path to future financial freedom.

3. We later discovered that Performance Debt Resolution was owned by Defendants Herbert Davis and the Law Offices of Herbert Davis. We signed up with his company and began making monthly payments. We paid him $5,400.00 in monthly payments.

4. After many months and many monthly payments we soon discovered nothing was being done. We demanded the return of our money, but only $1,700.00 was returned, so he still has $3,700.00 of our money.

5. We had hoped that we would be well on our way to rebuilding our credit, but instead we wasted our time and our credit continued to suffer. We had hoped to avoid filing bankruptcy, but ended up having no choice but to file. This whole experience was very emotionally distressing causing me and my husband to lose many hours of sleep and causing stress in our household. I quantify the emotional distress we suffered at $5,000.00.

6. We have sued Defendants under both the Fair Debt Collection Practices Act and the Rosenthal Act, and we request

statutory damages of $1,000.00 under each act for a total of $2,000.00.

    7.   In addition we had to hire an attorney, so we request that his fees be paid in the amount of $3,780.00 plus costs of $589.55.  A detailed billing statement from our attorney is attached to the declaration of our attorney Delta Law Group.

    8.   In summary, we are requesting actual damages of $8,700.00 (unreturned fees of $3,700.00 and emotional distress damages of $5,000.00); statutory damages of $2,000.00; and attorney fees of $3,780.00 plus costs of $589.55.

Executed on December 5, 2012, at Brentwood, California.

                                  /s/ Kristin E. Page

                                  _____
                                  KRISTIN E. PAGE