```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiffs
SHAWN D. PAGE & KRISTIN E. PAGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. PAGE & KRISTIN E. PAGE,<br><br>            Plaintiffs,<br><br>v.<br><br>PERFORMANCE DEBT RESOLUTION;<br>LAW OFFICES OF HERBERT DAVIS;<br>HERBERT DAVIS, ESQ., and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. CV-12-4029-EDL<br><br>**NOTICE OF HEARING ON APPLICATION FOR DEFAULT JUDGMENT BY COURT ON DEFENDANTS HERBERT DAVIS, ESQ. AND LAW OFFICES OF HERBERT DAVIS**<br><br>DATE:  1/22/13<br>TIME:  9:00 AM<br>CRTRM: E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

TO THE HONORABLE MAGISTRATE ELIZABETH D. LAPORTE AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

   NOTICE IS HEREBY GIVEN that on January 22, 2013 at 9:00 AM, a hearing will be held in Courtroom E, 15th Floor of the Honorable Magistrate Judge Elizabeth D. Laporte, 450 Golden Gate Avenue, San Francisco, CA  94102, on the Application of

1 | Plaintiffs SHAWN D. PAGE & KRISTIN E. PAGE for a default
2 | judgment by Court against Defendants HERBERT DAVIS, ESQ. and LAW
3 | OFFICES OF HERBERT DAVIS.
4 | DATED:   December 17, 2012      DELTA LAW GROUP

```
                                /s/ Jim G. Price

                        BY:_____
                                JIM G. PRICE
                                Attorneys for Plaintiffs
                                SHAWN D. PAGE & KRISTIN E.
                                PAGE
```