```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiffs
SHAWN D. PAGE & KRISTIN E. PAGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. PAGE & KRISTIN E. PAGE,<br><br>            Plaintiffs,<br><br>v.<br><br>PERFORMANCE DEBT RESOLUTION;<br>LAW OFFICES OF HERBERT DAVIS;<br>HERBERT DAVIS, ESQ., and DOES 1<br>through 20, inclusive,<br><br>            Defendants. | Case No. CV-12-4029-EDL<br><br>**SUPPLEMENTAL DECLARATION OF JIM G. PRICE, ESQ. IN SUPPORT OF DEFAULT JUDGMENT**<br><br>DATE:  1/22/13<br>TIME:  9:30 AM<br>CRTRM: E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

    I, JIM G. PRICE, ESQ., declare under penalty of perjury as follows:

    1.  I have personal knowledge of the foregoing and if called to testify, I could competently testify to the same.

2.   I am an attorney with Delta Law Group and represent Plaintiffs in this action.

3.   Defendant Herbert Davis, Esq. is not a minor, incompetent or in military service.  He was an attorney licensed to practice in this State until he was disbarred in 2012.  According to State Bar records which are viewable on its website, Mr. Davis is 76 years old.  His State Bar Number is 30870.  He did business as Performance Debt Resolution and the Law Offices of Herbert Davis.  These were either fictitious business names or legal entities he formed.

4.   In my previous declaration to this Court, I listed my fees at $3,780.00. Since then an additional $1,400.00 has been incurred traveling to and from Brentwood and appearing in Court on January 22, 2013 for an additional four hours at $350.00 per hour.

To reiterate damages sought in this case are as follows:

$2,000 as statutory violation of the FDCPA and Rosenthal Act;

$3,700 as damages for unreturned funds paid to defendants;

$5,000 emotional distress damages;

$5,180.00 attorney fees; and

$589.55 costs of suit

_____

$16,469.55 TOTAL

==========

Executed on January 29, 2013 in Brentwood, California.

/s/ Jim G. Price

_____
JIM G. PRICE