IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN D. PAGE; and KRISTIN E. PAGE,

        Plaintiffs,

  v.

PERFORMANCE DEBT RESOLUTION; LAW OFFICES OF HERBERT DAVIS; and HERBERT DAVIS, ESQ.,

        Defendants.

_____/

No. C 12-4029 CW

ORDER ADDRESSING SERVICE UPON DEFENDANT PERFORMANCE DEBT RESOLUTION

On July 31, 2012, Plaintiffs Shawn D. Page and Kristin E. Page initiated this action against Defendants Performance Debt Resolution, the Law Offices of Herbert Davis and Herbert Davis, Esq. Docket No. 1. Plaintiffs filed proof of timely service upon Davis and the Law Offices of Herbert Davis and, after these Defendants failed to answer, default was entered against them. Docket Nos. 5, 6, 11. Plaintiffs have moved for default judgment against these Defendants; their motion remains pending. Docket No. 17.

Plaintiffs have not filed proof of timely service as to Performance Debt Resolution and it appears that this Defendant has not yet been served. See Docket No. 9 (process server's return of unexecuted summons). Pursuant to Federal Rule of Civil Procedure 4(m), service of process should have been perfected by November 28, 2012.

Within three days of the date of this Order, Plaintiffs shall file proof of timely service on Performance Debt Resolution or a

motion to extend time for service, so long as Plaintiffs can demonstrate good cause for an extension.  Plaintiffs' failure to comply with this Order will result in the dismissal of their claims against this Defendant for failure to prosecute.  Alternatively, Plaintiffs may voluntarily dismiss their claims against this Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

The Court notes that, if Plaintiffs request and receive additional time to serve Performance Debt Resolution, judgment may not enter in this action until their claims against all Defendants, including Performance Debt Resolution, are resolved.  See Fed. R. Civ. P. 54(b).

IT IS SO ORDERED.

Dated:  1/31/2013

CLAUDIA WILKEN
United States District Judge