Delta Law Group
A Professional Law Corporation
Jim G. Price, Esq., #119324
P.O. Box 1417
Brentwood, CA 94513
Tel: 925-516-4686
Fax: 925-516-4058

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Shawn D. Page & Kristin E. Page,

Plaintiff(s),

v.

Performance Debt Resolution; Law Offices of Herbert Davis; Herbert Davis, Esq., and DOES 1 through 20, inclusive,

Defendant(s).

CASE NUMBER
CV-12-4029-CW

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) **PERFORMANCE DEBT RESOLUTION**

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiffs SHAWN D. PAGE & KRISTIN E. PAGE.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

2/4/13
Date

_Signature of Attorney/Party_

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.