IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. PAGE; and KRISTIN E. PAGE,<br><br>             Plaintiffs,<br><br>    v.<br><br>PERFORMANCE DEBT RESOLUTION; LAW OFFICE OF HERBERT DAVIS; and HERBERT DAVIS, ESQ.,<br><br>             Defendants.<br>_____/ | No. C 12-4029 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

   The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  In addition, the Court notes that Plaintiffs Shawn D. Page and Kristin E. Page have dismissed their claims against Defendant Performance Debt Resolution without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Accordingly,

   IT IS HEREBY ORDERED that the motion for default judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 2/19/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef; EDL