IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN D. PAGE; and KRISTIN E. PAGE,

    Plaintiffs,

v.

PERFORMANCE DEBT RESOLUTION; LAW OFFICE OF HERBERT DAVIS; and HERBERT DAVIS, ESQ.,

    Defendants.

No. C 12-04029 CW

JUDGMENT

For the reasons set forth in Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment filed January 30, 2013, and adopted by this Court, and as set forth in the Notice of Dismissal filed by Plaintiffs Shawn D. Page, and Kristin E. Page on February 4, 2013,

IT IS HEREBY ORDERED AND ADJUDGED

That Plaintiffs' claims against Defendant Performance Debt Resolution are dismissed without prejudice, and that default judgment is entered against Law Office of Herbert Davis, and Herbert Davis, Esq. Plaintiffs Shawn D. Page, and Kristin E. Page shall recover from Defendants Law Office of Herbert Davis, and Herbert Davis, Esq. the sum of $16,469.55 (consisting of $8,700.00 in actual damages; $2,000.00 in statutory damages; $5,180.00 in attorneys' fees; and $589.55 in costs), with interest thereon as provided by 28 U.S.C. § 1961.

Dated at Oakland, California, this 19th day of February, 2013.

RICHARD W. WIEKING
Clerk of Court

By: _____
Deputy Clerk

